UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Francis Bowen

        v.                             Case No. 10-cv-18-PB

NH State Prison, Warden

O R D E R

The plaintiff has failed to comply with the Order dated January 19, 2010, by Magistrate Judge Muirhead, directing the plaintiff to pay the initial fee by February 15, 2010. Therefore, this case is dismissed without prejudice.

SO ORDERED.

February 23, 2010                   */s/ Paul Barbadoro*
                                            Paul Barbadoro
                                              United States District Judge

cc:     Francis Bowen, pro se